IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-113-RJC-DCK

| | |
|---|---|
| JAMES B. BLAZICK, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | **ORDER** |
| ) ) | |
| LEADVISION, LLC, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) filed by Philip J. Gibbons, Jr., concerning James B. Zouras, on July 13, 2017. Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) is **GRANTED.** Mr. James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: July 13, 2017

David C. Keesler
United States Magistrate Judge