IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:17-cv-00113-RJC-DCK

| | |
|---|---|
| JAMES B. BLAZICK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEAD VISION, LLC.<br><br>Defendant. | **JOINT MOTION FOR APPROVAL OF AGREED STIPULATION AND ORDER CONCERNING COLLECTIVE ACTION LAWSUIT AND NOTICE** |

Plaintiff, James B. Blazick, and Defendant, Lead Vision, LLC, by and through their undersigned counsel (together "the Parties"), submit this Joint Motion for Approval of Agreed Stipulation and Order Concerning Collective Action Lawsuit and Notice. In support of this Motion, the Parties state as follows:

1. Plaintiff alleges Defendant failed to pay Plaintiff and other similarly situated employees overtime in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Defendant denies Plaintiff's allegations.

2. On July 20, 2017, the Parties filed their Agreed Stipulation and Order Concerning Collective Action Lawsuit and Notice ("Stipulation"), which sought Court approval of the parties' agreement to stipulate to conditional certification and notice of a collective action under the FLSA. [Docket No. 18]. The Stipulation is consistent with Rule 216(b) of the FLSA and sets forth detailed terms and conditions describing the Parties' agreement for conditional certification and notice.

3. On August 9, 2017, the Court notified the Parties that a motion was necessary for the Court to consider the Stipulation. By and through the instant motion, the Parties request the Court approve the Stipulation, which contains a blank signature line for the Court, as well as blank date lines on pages 1 and 2 of the document. [See Docket No. 18, pp. 1-2].

WHEREFORE, the Parties respectfully request the Court approve the Agreed Stipulation and Order Concerning Collective Action Lawsuit and Notice.

Respectfully submitted this 17th day of August, 2017.

| | |
|---|---|
| /s/Philip J. Gibbons, Jr.<br>Philip J. Gibbons, Jr., NCSB# 50276<br>pgibbons@stephanzouras.com<br>STEPHAN ZOURAS, LLP<br>15720 Brixham Hill Avenue, Suite 331<br>Charlotte, NC  27277<br>Telephone: (704)-612-0038<br>Facsimile (312) 233-1560<br><br>James B. Zouras<br>jzouras@stephanzouras.com<br>Andrew C. Ficzko<br>aficzko@stephanzouras.com<br>STEPHAN ZOURAS, LLP<br>205 N. Michigan Ave., Suite 2560<br>Chicago, IL 60601<br>Telephone: (312) 233-1550<br>Facsimile (312) 233-1560<br><br>*Attorneys for Plaintiff* | s/ Sarah H. Negus<br>Russell F. Sizemore, NCSB# 23553<br>russellsizemore@mvalaw.com<br>M. Cabell Clay, NCSB# 38099<br>cabellclay@mvalaw.com<br>Sarah H. Negus, NCSB#44444<br>sarahnegus@mvalaw.com<br>MOORE & VAN ALLEN, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC  28202<br>Telephone: (704) 331-1000<br>Facsimile: (704) 331-1159<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that on August 17, 2017, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

Russell F. Sizemore, NCSB# 23553
russellsizemore@mvalaw.com
M. Cabell Clay, NCSB# 38099
cabellclay@mvalaw.com
Sarah H. Negus, NCSB#44444
sarahnegus@mvalaw.com

*Attorneys for Defendant*

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
STEPHAN ZOURAS, LLP
15720 Brixham Hill Ave, Ste 280
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: pgibbons@stephanzouras.com

*Attorney for Plaintiff(s)*